# ELECTRONIC RECORD

COA #    01-13-00640-CR            OFFENSE:  22.02 (Aggravated Assault)

STYLE:  Dustin Wayne Glenn v. The State    COUNTY:  Galveston
        of Texas

COA DISPOSITION:    AFFIRM        TRIAL COURT:  405th District Court

DATE: 02/26/2015        Publish: NO    TC CASE #:    12CR2237

# IN THE COURT OF CRIMINAL APPEALS

350-15
351-15
352-15
353-15

STYLE:  Dustin Wayne Glenn v. The State of
        Texas                        CCA #:  _____

_____ *APPELLANT'S* _____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:  _____

_____ *REFUSED* _____                JUDGE:  _____

DATE:  06/24/15                SIGNED: _____    PC: _____

JUDGE: _____            PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD